# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **David Tripoli** § | |
| § | |
| *Plaintiff* § | |
| § | |
| v. § | CIVIL NO.: 1:23-cv-00338 |
| § | |
| **Dearborn Life Insurance Company** § | |
| § | |
| *Defendant* § | |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES David Tripoli, Plaintiff herein, complaining of Dearborn Life Insurance Company, Defendant, and for cause of action would show:

1. Plaintiff resided in Austin, Travis County, Texas, which is located in the Western District of Texas, at the times material to this Complaint occurred.

2. Defendant, Dearborn Life Insurance Company (hereinafter referred to as "Dearborn") is an insurance company duly and legally formed under the laws of Illinois, which does business in the State of Texas and may be served with citation by serving its registered agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX, 78701.

3. This court has original jurisdiction of this case under 28 U.S.C. § 1131, as well as 29 U.S.C. § 1132(e)(1).

4. Venue is proper in the Western District of Texas under 29 U.S.C. § 1132(e)(2).

5. Plaintiff brings suit under the civil enforcement provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), specifically including 29 U.S.C. § 1132 (a)(1)(B). Plaintiff is a participant in or beneficiary of an employee welfare benefit plan, which provides benefits to Plaintiff. Plaintiff seeks to recover benefits due to him under the Plan, to enforce his rights under the terms of the Plan, to clarify his rights to future benefits under the terms of the Plan, and to obtain other appropriate equitable relief.

6. In 2020, Plaintiff was employed by Truluck's Restaurant Group, LTD., as a Chief Operating Officer when he became disabled. Plaintiff contracted COVID-19 in March 2020. He was hospitalized from March 2020 to June 2020 and continues to suffer from long COVID-19 symptoms today.

7. Plaintiff applied for and was granted disability benefits by the Social Security Administration.

8. Truluck's Restaurant Group, LTD., purchased a Long Term Disability (LTD) policy from Dearborn Life Insurance Company. The policy became effective April 1, 2016 and is identified as Policy Number F014961-0001. BlueCross BlueShield of Texas administered the Plan.

9. Plaintiff properly submitted an LTD claim. The claim was initially approved but thereafter denied with no benefits payable beyond January 8, 2021.

10. Plaintiff properly appealed the denial of his LTD claim. BlueCross BlueShield of Texas issued its final denial on January 9, 2023.

11. Plaintiff has exhausted all required administrative remedies available to him under the Plan. All conditions precedent to this cause of action have been met or have occurred.

12. The policy at issue in this case was used in Texas and is subject to Chapter 1701 of the Texas Insurance Code. It was offered, issued, renewed, or delivered on or after February 1, 2011, and is subject to the laws of Texas. Any Discretionary Clause is void under Texas law and BlueCross BlueShield's decision to deny Plaintiff's claim is subject to *de novo* review pursuant to 28 Tex. Admin. Code § 3.1201.

13. Plaintiff is entitled to recover under the civil enforcement provisions of ERISA and seeks the benefits he has been denied, clarification of his right to receive future benefits under the Plan, attorney's fees and expenses incurred herein and other appropriate equitable relief.

WHEREFORE, Plaintiff prays that Defendant be cited to appear herein and answer and that on final hearing, he be granted judgment against Defendants for his damages, plus pre-judgment and post-judgment legal interest, for costs of suit, for reasonable attorney's fees and expenses incurred and that Plaintiff have a clarification of his right to receive future benefits under the Plan, to which he may show himself justly entitled under the attending facts and circumstances.

Respectfully submitted,

By:     /s/ *Greg Reed*
         Greg Reed
         State Bar No. 16677750
         greg@brrlaw.com

         Daniel Earl Messenger
         State Bar No. 24128571
         daniel@brrlaw.com

         **BEMIS, ROACH & REED**
         4100 Duval Rd.,
         Bldg. 1, Ste. 200
         Austin, Texas 78759
         (512) 454-4000
         (512) 453-6335 (facsimile)

         *Attorneys for Plaintiff*