UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **David Tripoli** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO.: 1:23-cv-00338-RP |
| | § | |
| **Dearborn Life Insurance Company** | § | |
| | § | |
| *Defendant* | § | |

## JOINT AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David Tripoli and Defendant Dearborn Life Insurance Company jointly submit this Agreed Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41. The parties are in agreement that this case should be dismissed, with prejudice, and jointly submit this Stipulation consistent with Rule 41(a)(1)(A)(ii). This Stipulation is effectively immediately.

Respectfully submitted,

By: */s/ Greg Reed*
GREG REED
Bemis, Roach & Reed
4100 Duval Rd.,
Bldg. 1, Ste. 200
Austin, Texas 78759
(512) 454-4000
(512) 453-6335 (facsimile)
greg@brrlaw.com
State Bar No. 16677750

Attorney for Plaintiff

By: */s/ Andrew MacRae*
Andrew F. MacRae
State Bar No. 00784510
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
Tel: (512) 565-7798
andrew@macraelaw.co

Attorney for Defendant

## CERTIFICATE OF CONFERENCE

I hereby certify that before filing the foregoing Joint Agreed Stipulation of Dismissal with Prejudice, I conferred with Greg Reed, counsel for Plaintiff. Mr. Reed advised me that he joins in and agrees to this Stipulation.



                                                                       */s/ Andrew MacRae*
                                                                       Andrew F. MacRae

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed through the CM/ECF system on this 2nd day of November, 2023. I understand the CM/ECF system will send a Notice of Electronic Filing to all counsel of record, as follows:

Greg Reed
Daniel Earl Messenger
Bemis, Roach & Reed
4100 Duval Road
Building 1, Suite 200
Austin, Texas 78759

                                                                       */s/ Andrew MacRae*
                                                                       Andrew F. MacRae