IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID TRIPOLI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-cv-338-RP |
| | § | |
| DEARBORN LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On November 2, 2023, the parties dismissed all claims in this case with prejudice by joint

stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 13).

"Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are

effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on November 3, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE